**Joseph BOWLER, Plaintiff–Appellant,**

v.

**S.K. YOUNG, Defendant–Appellee.**

**No. 03–7051.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 9, 2003.

Decided Oct. 21, 2003.

Joseph Bowler, Appellant Pro Se.

---

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Bowler appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000), complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bowler v. Young,* No. CA–03–394–7 (W.D.Va. June 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*